IN THE MATTER OF GEORGE H. MORRISON *v.* IRVING A. EVANS, *Trustees, etc.*— Order reversed and proceedings remanded. Opinion by DAVIS, P. J.

IN THE MATTER OF MARY CLARISSA ANNETT.— Decree and order affirmed, with costs against the appellant. Opinion by DANIELS, J.

WILLIAM C. BROWNING and others, *Executors, etc., Respondents, v.* THE SHELBY IRON COMPANY, *Appellant.*— Judgment modified as directed in opinion, and affirmed as modified, without costs to either party. Opinion by DANIELS, J.

THOMAS D. ADAMS and another, *Assignees, etc., Appellants, v.* ABRAM STERN and others, *Respondents.* — Judgment reversed, new trial ordered, costs to abide event. Opinion by DAVIS, P. J.

ATTORNEY GENERAL *v.* RESERVE MUTUAL LIFE INSURANCE COMPANY.— Order affirmed, with ten dollars costs and disbursements. Opinion by DANIELS, J.

JOHN W. MILLER, *Appellant, v.* E. ELLERY ANDERSON and others, *Respondents.*— Order denying motion to set aside dismissal of complaint reversed, without costs. Order denying motion for leave to renew the preceding motion affirmed, with ten dollars costs and disbursements, and order entered as directed in opinion. Opinion by DANIELS, J.

NAPOLEON C. HUBBELL, *Appellant, v.* JACOB LORRILARD, *Respondent.*— Judgment affirmed. Opinion by DANIELS, J.

STAR FIRE INSURANCE COMPANY, *Respondent, v.* GEORGE WADDINGTON, *Appellant.*—Judgment affirmed. Opinion by DANIELS, J.; BRADY, J., dissenting.